# Exhibit 3

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,820,374**

**Registered Jul. 30, 2019**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Nike, Inc. (OREGON CORPORATION)
One Bowerman Drive
Beaverton, OREGON 970056453

CLASS 25: footwear

FIRST USE 00-00-1992; IN COMMERCE 00-00-1992

The mark consists of a three-dimensional configuration comprising the design of the vertical ridge pattern on the sides of the sole of the shoe, the repeating star pattern on the toe and heel of the sole of the shoe, and the relative position of these elements to each other. The broken lines show the position of the mark and are not claimed as a feature of the mark.

OWNER OF U.S. REG. NO. 3451906, 3451905, 3451907

SEC.2(F)

SER. NO. 88-255,119, FILED 01-09-2019

Director of the United States
Patent and Trademark Office