UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> USAPE LLC, <br><br> Defendant. | Case No. **1:23-cv-00660-PGG** <br><br> **MOTION FOR ADMISSION PRO HAC VICE OF CHRISTOPHER J. RENK** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Christopher J. Renk hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff, Nike, Inc. in the above-captioned action.

I am in good standing of the bars of the States of Illinois, Minnesota, and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: January 27, 2023                    Respectfully submitted,

*/s/ Christopher J. Renk*
Christopher J. Renk
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
chris.renk@arnoldporter.com

*Attorney for Nike, Inc.*