UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC.,<br><br>               Plaintiff,<br><br>v.<br><br>USAPE LLC,<br><br>               Defendant. | Case No. **1:23-cv-00660-PGG**<br><br>**ORDER FOR ADMISSION PRO HAC VICE OF CHRISTOPHER J. RENK** |

The motion of Christopher J. Renk for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the States of Illinois, Minnesota, and the District of Columbia; and that his contact information is as follows:

> Christopher J. Renk
> ARNOLD & PORTER KAYE SCHOLER LLP
> 70 West Madison Street, Suite 4200
> Chicago, IL 60602-4231
> Telephone: (312) 583-2300
> Facsimile: (312) 583-2360
> chris.renk@arnoldporter.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff, Nike, Inc., in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Dated: _____    _____
                                                                          United States District / Magistrate Judge