UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., <br><br>               Plaintiff, <br><br> v. <br><br> USAPE LLC, <br><br>               Defendants. | Case No. **1:23-cv-00660-PGG** <br><br> **MOTION FOR ADMISSION PRO HAC VICE OF AARON P. BOWLING** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Aaron P. Bowling hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff, Nike, Inc. in the above-captioned action.

I am in good standing of the bar of the State of Illinois, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  January 27, 2023               Respectfully submitted,

                                                                             */s/ Aaron P. Bowling*
                                                                             Aaron P. Bowling
                                                                             ARNOLD & PORTER KAYE SCHOLER LLP
                                                                             70 West Madison Street, Suite 4200
                                                                             Chicago, IL 60602-4231
                                                                             Telephone: (312) 583-2300
                                                                             Facsimile: (312) 583-2360
                                                                             aaron.bowling@arnoldporter.com

                                                                             *Attorney for Nike, Inc.*