# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC.,<br><br>            Plaintiff,<br><br>v.<br><br>USAPE LLC<br><br>            Defendant. | Case No. **1:23-cv-00660-PGG**<br><br>**MOTION FOR ADMISSION PRO HAC VICE OF MICHAEL J. GERSHONI** |

     Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Michael J. Gershoni hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff, Nike, Inc. in the above-captioned action.

     I am in good standing of the bars of the State of California and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: January 30, 2023           Respectfully submitted,

                                                 */s/ Michael J. Gershoni*
                                                 Michael J. Gershoni
                                                 ARNOLD & PORTER KAYE SCHOLER LLP
                                                 601 Massachusetts Ave., NW
                                                 Washington, DC 20001-3743
                                                 Telephone: (202) 942-6767
                                                 michael.gershoni@arnoldporter.com

                                                 *Attorney for Nike, Inc.*