# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

NIKE, INC.,

               Plaintiff,

v.

USAPE LLC,

               Defendant.

Case No. **1:23-cv-00660-PGG**

**MOTION FOR ADMISSION PRO HAC VICE OF BRIDGETTE C. GERSHONI**

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Bridgette C. Gershoni hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiff, Nike, Inc. in the above-captioned action.

I am in good standing of the bars of the State of California and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  January 30, 2023

Respectfully submitted,

*/s/ Bridgette C. Gershoni*
Bridgette C. Gershoni
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: (202) 942-6745
bridgette.gershoni@arnoldporter.com
*Attorney for Nike, Inc.*