UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> - against - <br><br> USAPE LLC, <br><br> Defendant. | **ORDER** <br><br> 23 Civ. 660 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

Defendant seeks leave to file a motion to dismiss Plaintiff's claims. (See Def. Ltr. (Dkt. No. 20))  Briefing concerning Defendant's motion to dismiss is as follows:

(1) Defendant's motion is due by **May 17, 2023.**

(2) Plaintiff's opposition is due by **June 7, 2023.**

(3) Defendant's reply, if any, is due by **June 14, 2023.**

Under Rule IV(C) of this Court's individual rules, the "bundling rule," parties may not file motions electronically on ECF until the motion is fully briefed.

The initial pre-trial conference scheduled for April 27, 2023 is adjourned sine die.

Dated: New York, New York
April 26, 2023

SO ORDERED.

*Paul S. Gardephe*

Paul G. Gardephe
United States District Judge