IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| NIKE, INC.<br><br>          Plaintiff,<br>    -against-<br><br>USAPE LLC<br><br>          Defendant. | Case No. 1:23-cv-00660<br><br>**NOTICE OF MOTION** |

---

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and all the papers and proceedings had herein, Defendant USAPE, LLC hereby moves this Court before the Honorable Paul G. Gardephe, U.S.D.J., 40 Foley Square, Courtroom 705, New York, New York 10007, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint in its entirety.

Dated: May 17, 2023

                                            COWAN, LIEBOWITZ & LATMAN, P.C.

                                            By: /s/ Kieran G. Doyle
                                                Kieran G. Doyle (kgd@cll.com)
                                                Jeremy A. Berman (jab@cll.com)
                                            114 West 47th Street
                                            New York, New York 10036
                                            Tel:    (212) 790-9200
                                            Fax:   (212) 575-0671

                                            *Counsel for Defendant USAPE LLC*

32522/002/4352999.1