IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- x
NIKE, INC.                                                    :
                                                              :
                                                              :
                    Plaintiff,                                :
                                                              :   Case No. 1:23-cv-00660
            -against-                                         :
                                                              :
                                                              :
USAPE LLC                                                     :
                                                              :
                                                              :
                    Defendant.                                :
                                                              :
------------------------------------------------------------- X
```

**PROPOSED ORDER**

AND NOW, this _____ day of _____ 2023, upon consideration of Defendant USAPE LLC's Motion to Dismiss Plaintiff Nike, Inc.'s Complaint and any response thereto, it is hereby ORDERED that Defendant's Motion to Dismiss is GRANTED.  It is further ordered that the Complaint is hereby DISMISSED WITH PREJUDICE.

So Ordered:

_____
Hon. Paul G. Gardephe
United States District Court Judge

32522/002/4353009.1