IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC.<br><br>        Plaintiff,<br><br>-against-<br><br>USAPE LLC<br><br>        Defendants. | Case No. 1:23-cv-00660<br><br>**RULE 7.1 STATEMENT OF DEFENDANT USAPE LLC** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant USAPE LLC ("BAPE") certifies its parent company is Nowhere Co. Ltd. and that there are no publicly held corporations that own 10% or more of BAPE's stock.

Dated: New York, New York
       January 19, 2024

COWAN, LIEBOWITZ & LATMAN, P.C.

By: /s/ Kieran G. Doyle
    Kieran G. Doyle (kgd@cll.com)
    Jeremy A. Berman (jab@cll.com)
114 West 47th Street
New York, New York 10036
Tel:   (212) 790-9200
Fax:  (212) 575-0671

*Counsel for Defendant USAPE LLC*

32522/002/4255139.1