

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
 New York, NY 10036-1525

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Kieran G. Doyle**
(212) 790-9261
kgd@cll.com

March 12, 2024

<u>Via ECF</u>

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    <u>**Nike, Inc. v. USAPE LLC (1:23-cv-00660-PGG)**</u>

Dear Judge Gardephe:

    We submit this letter on behalf of USAPE LLC ("BAPE") in opposition to Nike, Inc.'s request for adjournment of the Pretrial Conference currently scheduled for March 14, 2024 at 11:00 a.m. (ECF No. 38).

    Pursuant to Your Honor's Individual Practices Section I.E, Bape further provides the following information:

1. The Pretrial Conference is scheduled for March 14, 2024 at 11:00 a.m. (ECF No. 35);

2. Bape objects to adjournment of the Pretrial Conference until after discovery closes;

3. Bape thinks it prudent to proceed with the Pretrial Conference scheduled for March 14, 2024 at 11:00 a.m. because such a conference could lead to early resolution of this dispute.

                        Respectfully submitted,

                        Kieran G. Doyle