UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> USAPE LLC, <br><br> Defendant. | Case No. 1:23-cv-0066-PGG |

## STIPULATED DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Nike, Inc. and Defendant USAPE LLC (collectively, the "Parties"), by and through their respective counsel, hereby stipulate to the dismissal of this action with prejudice, including all claims and defenses asserted therein. The Parties shall bear their own costs and attorneys' fees.

The Parties acknowledge that they have entered into a Settlement Agreement in resolution of this action. The Court shall retain jurisdiction over the Parties for the purpose of enforcement of or the resolution of any dispute arising from their settlement or related to their Settlement Agreement.

Dated: April 29, 2024

SO STIPULATED:

By: */s/ Michael J. Gershoni*
Christopher J. Renk
Michael J. Harris
Aaron P. Bowling
ARNOLD & PORTER KAYE SCHOLER LLP
70 W. Madison Street, Suite 4200
Chicago, IL 60602
Telephone: (312) 583-2300
Email: chris.renk@arnoldporter.com
michael.harris@arnoldporter.com
aaron.bowling@arnoldporter.com

    Bridgette C. Gershoni
    Michael J. Gershoni
    ARNOLD & PORTER KAYE SCHOLER LLP
    601 Massachusetts Ave. NW
    Washington, DC 20001
    Telephone:  (202) 942-6745
    Email:  bridgette.gershoni@arnoldporter.com
       michael.gershoni@arnoldporter.com

    Michael J. Sebba
    ARNOLD & PORTER KAYE SCHOLER LLP
    777 South Figueroa Street, 44th Floor
    Los Angeles, CA 90017
    Telephone:  (213) 243-4000
    Email:   michael.sebba@arnoldporter.com

    *Attorneys for Plaintiff*

By: */s/ Kieran G. Doyle*

    Kieran G. Doyle
    Jeremy A. Berman
    Dasha Chestukhin
    COWAN, LIEBOWITZ & LATMAN, P.C.
    114 West 47th Street
    New York, New York 10036-1525
    Telephone: (212) 790-9261
    Email: kgd@cll.com
       jab@cll.com
       dxc@cll.com

    *Attorneys for Defendant*