UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> USAPE LLC, <br><br> Defendant. | ) ) ) ) ) ) Case No. 1:23-cv-0066-PGG ) ) ) ) ) |

**STIPULATED DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Nike, Inc. and Defendant USAPE LLC (collectively, the "Parties"), by and through their respective counsel, hereby stipulate to the dismissal of this action with prejudice, including all claims and defenses asserted therein. The Parties shall bear their own costs and attorneys' fees.

The Parties acknowledge that they have entered into a Settlement Agreement in resolution of this action. The Court shall retain jurisdiction over the Parties for the purpose of enforcement of or the resolution of any dispute arising from their settlement or related to their Settlement Agreement.

Dated: April 30, 2024

SO STIPULATED:

By: *Michael Gershoni*
Christopher J. Renk
Michael J. Harris
Aaron P. Bowling
ARNOLD & PORTER KAYE SCHOLER LLP
70 W. Madison Street, Suite 4200
Chicago, IL 60602
Telephone: (312) 583-2300
Email: chris.renk@arnoldporter.com
michael.harris@arnoldporter.com
aaron.bowling@arnoldporter.com

Bridgette C. Gershoni
Michael J. Gershoni
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
Telephone: (202) 942-6745
Email: bridgette.gershoni@arnoldporter.com
michael.gershoni@arnoldporter.com

Michael J. Sebba
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4000
Email: michael.sebba@arnoldporter.com

*Attorneys for Plaintiff*

By: _____

Kieran G. Doyle
Jeremy A. Berman
Dasha Chestukhin
COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street
New York, New York 10036-1525
Telephone: (212) 790-9261
Email: kgd@cll.com
jab@cll.com
dxc@cll.com

*Attorneys for Defendant*